```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:96CR3049 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TOBY L. WINCHESTER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a revocation hearing is set to commence at **12:15 p.m.** on **August 9, 2006**, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

    Dated: July 19, 2006.

                                            BY THE COURT

                                            s/ David L. Piester
                                            _____
                                            United States Magistrate Judge