IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| TOBY L. WINCHESTER, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

      Due to a conflict in scheduling,

      IT IS ORDERED that the revocation hearing previously set for August 9, 2006, is rescheduled to August 18, 2006, at 10:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.   The defendant shall be present for the hearing.

      Dated July 26, 2006.

                            BY THE COURT


                            s/ Warren K. Urbom
                            United States Senior District Judge