IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| TOBY L. WINCHESTER, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Revocation Hearing for the defendant is rescheduled and shall commence at 12:15 p.m. on August 18, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

    Dated August 14, 2006.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge