IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| TOBY L. WINCHESTER, | ) | ORDER ON MOTION FOR |
| | ) | CONTINUANCE OF REVOCATION OF |
| Defendant. | ) | SUPERVISED RELEASE HEARING |
| | ) | |

    IT IS ORDERED that the Motion for Continuance of Revocation of Supervised Release Hearing, filing 82, is granted, and the hearing shall commence at 1:30 p.m. on August 30, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

    Dated August 16, 2006.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge